IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA :
:
:
vs. : CRIMINAL NO. 5:08-CR-1-HL
:
: VIOLATIONS: 29 USC § 501(c)
JAMES ERIC KAY : (Embezzlement of Union Funds)
:

THE GRAND JURY CHARGES:

INTRODUCTORY PARAGRAPHS

I.  During the time frame specified below Boilermakers LG 523, Sandersville, Georgia, was an affiliate of the Boilermakers International Union, a labor organization engaged in an industry affecting commerce, as defined by Title 29, United States Code, Sections 402(i) and (j).

II. During the time frame specified below, James Eric Kay was an officer of a labor union, more specifically, President of LG 523.

III. All funds of LG 523 were maintained in a checking account in the name of LG 523 at the George D. Warthen Bank, Sandersville, Georgia.

IV. LG 523 required that two signatories be on all union checks. The two authorized signatories were the Defendant, James Eric Kay, and another individual whose identity is known to the grand jury.

1

## COUNT ONE THROUGH COUNT FORTY-THREE
(Embezzling Union Funds – Title 29, United States Code, Section 501(c))

Introductory Paragraph I through IV are incorporated herein by reference.

From on or about July 19, 2004, through on or about December 22, 2006, in the Middle District of Georgia, the defendant,

JAMES ERIC KAY,

did embezzle, steal, and unlawfully and wilfully abstract and convert to his own use, money, funds, and assets of LG 523, in that he made checks payable to Eric Kay and cashed the checks, as more fully described below, on the bank account of LG 523 at the George D. Warthen Bank, Sandersville, Georgia and in so doing forged the name of the second signatory, all in violation of Title 29, United States Code, Section 501(c).

| Count | Date | Check # | Amount of Check | Memo/Description |
| --- | --- | --- | --- | --- |
| 1 | 07/19/2004 | 1301 | $200.00 | Supplies |
| 2 | 10/11/2004 | 1303 | $200.00 | Expense |
| 3 | 10/18/2004 | 1306 | $201.17 | Supplies |
| 4 | 11/22/2004 | 1304 | $500.00 | Loan |
| 5 | 11/29/2004 | 1305 | $500.00 | X-mas Party |
| 6 | 12/21/2004 | 1336 | $400.00 | |
| 7 | 01/10/2005 | 1332 | $600.00 | |
| 8 | 01/14/2005 | 1307 | $558.40 | Negotiations |
| 9 | 03/16/2005 | 1319 | $500.00 | |
| 10 | 04/12/2005 | 1320 | $500.00 | Negotiations |

| | | | | |
|---|---|---|---|---|
| 11 | 04/23/2005 | 1339 | $617.17 | Membership Dues |
| 12 | 05/13/2005 | 1321 | $510.00 | Membership Dues |
| 13 | 05/23/2005 | 1322 | $481.17 | Memorial Day Expenses |
| 14 | 06/08/2005 | 1323 | $600.00 | Loan |
| 15 | 06/11/2005 | 1334 | $144.00 | Phone Bill |
| 16 | 06/24/2005 | 1324 | $400.00 | Loan |
| 17 | 07/12/2005 | 1327 | $600.00 | tbpb loan |
| 18 | 07/23/2005 | 1325 | $600.00 | Negotiations |
| 19 | 08/08/2005 | 1328 | $200.00 | Rent |
| 20 | 08/31/2005 | 1342 | $80.00 | Reimbursement |
| 21 | 09/01/2005 | 1326 | $389.00 | Membership Dues |
| 22 | 09/20/2005 | 1337 | $509.00 | Expense |
| 23 | 09/22/2005 | 1329 | $101.12 | Travel Expenses |
| 24 | 10/17/2005 | 1340 | $489.00 | Taxes |
| 25 | 11/04/2005 | 1345 | $157.00 | Lease |
| 26 | 11/15/2005 | 1348 | $535.00 | Dues/Taxes |
| 27 | 12/12/2005 | 1343 | $674.00 | |
| 28 | 01/20/2006 | 1335 | $497.00 | Dues |
| 29 | 02/23/2006 | 1341 | $501.00 | Dues |
| 30 | 03/18/2006 | 1351 | $501.00 | Dues |
| 31 | 04/15/2006 | 1354 | $101.00 | Phone Bill |
| 32 | 04/21/2006 | 1346 | $401.00 | Dues |

| 33 | 05/16/2006 | 1357 | $601.00 | Convention Expenses |
| 34 | 06/23/2006 | 1349 | $295.00 | Dues |
| 35 | 07/05/2006 | 1360 | $185.00 | Expense |
| 36 | 08/04/2006 | 1363 | $401.00 | pc TAX |
| 37 | 08/16/2006 | 1366 | $225.00 | Phone Bill |
| 38 | 09/14/2006 | 1355 | $250.00 | Union Expenses |
| 39 | 09/24/2006 | 1347 | $205.15 | Phone Bill |
| 40 | 10/03/2006 | 1350 | $243.17 | Dues & Supplies |
| 41 | 10/19/2006 | 1353 | $601.00 | Supplies & Phone Bill |
| 42 | 11/16/2006 | 1358 | $425.00 | Expense |
| 43 | 12/22/2006 | 1369 | $301.01 | Expense |

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

s/FOREPERSON OF THE GRAND JURY

Presented by:

*[signature: George R. Christian]*

GEORGE R. CHRISTIAN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this /6th day of January, AD 2008.

*[signature]*
Deputy Clerk