IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES ERIC KAY | Case No. 5:08-CR-1-(HL) |

### ENTRY OF APPEARANCE

COMES NOW undersigned counsel, Stephen R. Glassroth, who enters his appearance as additional counsel on behalf of James Eric Kay in the above-styled case.

Dated this 25th day of January, 2008.

                                        S/STEPHEN R. GLASSROTH
                                      **STEPHEN R. GLASSROTH**
                                      FEDERAL DEFENDERS
                                      MIDDLE DISTRICT OF GEORGIA
                                      440 Martin Luther King, Jr. Blvd.
                                      Suite 400
                                      Post Office Box 996
                                      Macon, Georgia 31202-0996
                                      Phone: (478) 743-4747
                                      Fax: (478) 207-3419
                                      steve_glassroth@fd.org
                                      Ala. Bar No. GLA005

## CERTIFICATE OF SERVICE

I, C. Brian Jarrard, hereby certify that on January 25, 2008, I electronically filed the foregoing Notice of Appearance with the clerk of Court using the CM/ECF system which will send notification of such to Assistant United States Attorney George R. Christian: george.christian@usdoj.gov.

    Respectfully submitted,

    S/STEPHEN R. GLASSROTH
    **STEPHEN R. GLASSROTH**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF GEORGIA
    440 Martin Luther King, Jr. Blvd.
    Suite 400
    Post Office Box 996
    Macon, Georgia 31202-0996
    Phone: (478) 743-4747
    Fax: (478) 207-3419
    steve_glassroth@fd.org
    Ala. Bar No. GLA005